August 31, 2007

Mr. Charles R. Watson Jr.
Locke Liddell & Sapp LLP
100 Congress Ave., Suite 300
Austin, TX 78701-4042

Mr. Joseph Michael Gourrier
The Gourrier Law Firm
P.O. Box 300002
Houston, TX 77230
Mr. Mike A. Hatchell
Locke Liddell & Sapp, LLP
100 Congress Ave., Suite 300
Austin, TX 78701-4042

RE: Case Number: 05-0951
 Court of Appeals Number: 13-04-00403-CV
 Trial Court Number: C-1535-03-E

Style: IN RE SOUTHWESTERN BELL TELEPHONE COMPANY, L.P.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause. The stay order issued November 22, 2005 is lifted.
 (Justice Willett not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Mr. Omar Guerrero |
| |Mr. Don R. Richards |
| |Ms. Brook Bennett |
| |Brown |
| |Ms. Elizabeth R. B. |
| |Sterling |